IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

AMBER LEE TENNIS, )
)
Plaintiff, ) TC-MD 120161N
)
v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held on May 16, 2012, during which the parties agreed to a schedule by which to exchange information. That schedule was memorialized in a Journal Entry issued May 17, 2012. Plaintiff agreed to provide additional information and documents to Defendant by June 15, 2012. Plaintiff further agreed to file a written response to Defendant's recommendations by August 24, 2012. The Journal Entry advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiff's appeal.

On July 10, 2012, Defendant filed a letter stating:

"Plaintiff did not provide any of the additional information by June 15, 2012, as required by the Journal Entry dated May 17, 2012. On June 25, 2012 Defendant called the Plaintiff to find out of she had sent the information and if so when. Plaintiff stated she did not send any information to me but had some other information, I suggested she send the information she has to me and I would examine the information before making my decision. As of today the Plaintiff had not provided any information to the Defendant."

Plaintiff's deadline to respond to Defendant's recommendations has passed and the court has not received Plaintiff's written response or any further communication from Plaintiff. Under such circumstances, this matter should be dismissed for lack of prosecution. Now, therefore,

DECISION OF DISMISSAL  TC-MD 120161N                                                                1

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ⎽⎽⎽ day of August 2012.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on August 27, 2012. The Court filed and entered this document on August 27, 2012.*